*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **AYANNA N. HAWKINS** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **INTERSTATE BLOOD BANK, INC.** | **CASE NO: 12-2325-A** |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Adopting The Magistrate Judge's Report And Recommendation And Granting Defendant's Motion For Summary Judgment entered on November 18, 2013, this cause is hereby dismissed.


**APPROVED:**

**s/ S. Thomas Anderson**
**UNITED STATES DISTRICT COURT**

**DATE: 11/19/2013**                              **THOMAS M. GOULD**
                                                 **Clerk of Court**

                                                    **s/Terry L. Haley**
                                                 **(By)   Deputy Clerk**